# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| BEATRICE C. RORMAN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>AMERICA'S SERVICING COMPANY, *et al.*,<br><br>　　　　　Defendants. | 2:15-cv-01939-APG-VCF<br>**<u>ORDER</u>** |

　　　　Before the court the Notice of Settlement Between Plaintiff and Caliber Home Loans, Inc. (#12).

　　　　IT IS HEREBY ORDERED that dismissal documents as to Plaintiff's claims against Caliber must be filed on or before March 14, 2016.

　　　　DATED this 1st day of March, 2016.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE