# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BEATRICE C. RORMAN,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICA'S SERVICING COMPANY, *et al.*,<br><br>    Defendants. | Case No. 2:15-cv-01939-APG-VCF<br><br>**ORDER SETTING DATE FOR FILING DISMISSAL DOCUMENTS** |

In light of the notice of settlement (ECF No. 23),

IT IS ORDERED that all pending dates, deadlines, and filing requirements are vacated as to defendant Bank of America, N.A.

IT IS FURTHER ORDERED that the parties shall file a stipulation to dismiss defendant Bank of America, N.A. on or before July 19, 2016.

DATED this 3rd day of June, 2016.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE