David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, Beatrice C. Rorman*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Beatrice C. Rorman,<br><br>  Plaintiff,<br><br>v.<br><br>AMERICA'S SERVICING COMPANY, BANK OF AMERICA, N.A., CALIBER HOME LOANS, INC., and EQUIFAX INFORMATION SERVICES, LLC,<br><br>  Defendants. | Case No. 2:15-cv-01939-APG-VCF<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO BANK OF AMERICA, N.A. ONLY** |

Plaintiff Beatrice C. Rorman and Bank of America, N.A. hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in

…

…

…

…

…

accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, Bank of America, N.A.**. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated:     September 8, 2016

By:

/s/David H. Krieger, Esq.
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, Nevada 89123
*Attorney for Plaintiff*

By:

/s/ Vatana Lay, Esq.
Vatana Lay, Esq.
Akerman LLP
1160 Town Center Drive
Suite 330
Las Vegas, NV 89144

*Attorney for Defendant Bank of America, N.A.*

**ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: _September 8, 2016_____